HERMAN ACKERT, Appellant, *v.* LYMAN DELANO, Respondent.

(Argued April 22, 1936; decided May 19, 1936.)

*Edward K. Haas* for appellant.
*Rush Taggart* and *Benson R. Frost* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, unless plaintiff pays defendant costs to date within ten days, in which event appeal may be withdrawn. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.